THE HONORABLE JOHN H. CHUN
Hearing Date: May 13, 2022

UNITED STATES DISTRICT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUSTIN MICHELLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE"), a Governmental Administrative Agency; SCORE JOHN DOES 1-10; NAPHCARE, INC., an Alabama Corporation; ELAIN SPERRY, an individual; JASON WIGGINS, an individual; MELANIE MENEAR, an individual; MARGARET MAINA, an individual, TRICIA WEBB, an individual; NAPHCARE JOHN DOES 1-10; KING COUNTY, a political subdivision of the State of Washington; and KING COUNTY JOHN DOES 1-10,<br><br>Defendants. | No. 2:21-CV-00140-JHC<br><br>ORDER ON PLAINTIFF'S MOTION TO COMPEL |

ORDER ON PLAINTIFF'S
MOTION TO COMPEL – 1

156902607.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

The Court, having considered Plaintiff Dustin Michelle's ("Mr. Michelle") Motion to Compel (the "Motion"), all other papers filed in support of and in opposition to the Motion, and the oral arguments of the counsel for Mr. Michelle and Defendant NaphCare, Inc. as well as the associated individual defendants (collectively, "NaphCare"), and being fully advised in the premises, now, and therefore, it is hereby ORDERED that:

Mr. Michelle's Interrogatory No. 4 is facially overbroad as to date, geography, and scope. The Court has decided to narrow this interrogatory. NaphCare will respond to Mr. Michelle's Interrogatory No. 4 subject to the following limitations:

1. The substance of the response will be limited to healthcare claims, as defined as claims arising out of alleged medical or nursing malpractice;

2. The scope of the response will include both injuries and deaths;

3. The date range for responsive alleged events will be from January 1, 2014 to October 25, 2018; and,

4. The geographic scope shall be limited to the South Correctional Entity in Des Moines, WA (SCORE).

This ruling is without prejudice to future discovery requests that Mr. Michelle may make. The parties shall meet and confer in good faith about any other issues arising out of NaphCare's response.

DATED this 17th day of May 2022.

*/s/ John H. Chun*
_____
The Honorable John H. Chun
United States District Judge

*Presented by:*

KRUTCH LINDELL BINGHAM JONES, P.S.

ORDER ON PLAINTIFF'S
MOTION TO COMPEL – 2

156902607.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

*s/ J. Nathan Bingham*
J. Nathan Bingham, WSBA No. 46325
*s/ Jeffrey C. Jones*
Jeffrey C. Jones, WSBA No. 7670
*s/ James T. Anderson*
James T. Anderson, WSBA No. 40494
3316 Fuhrman Ave. E, Suite 250
Telephone: 206.682.1505
Facsimile: 206.467.1823
Email: jnb@krutchlindell.com
jcj@krutchlindell.com
jta@krutchlindell.com

*Attorneys for Plaintiff Dustin Michelle*

*s/ David A. Perez*
David A. Perez, WSBA No. 43959
*s/ Stephanie D. Olson*
Stephanie D. Olson, WSBA No. 50100
*s/ Mason Y. Ji*
Mason Ji, WSBA No. 58292
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:
    DPerez@perkinscoie.com
    SOlson@perkinscoie.com
    MJi@perkinscoie.com

*s/ Jonathan D. Ballard*
Jonathan D. Ballard, WSBA No. 48870

*s/ Ross C. Taylor*
Ross C. Taylor, WSBA No. 48111
**Fox Ballard PLLC**
1325 Fourth Avenue, Suite 1500
Seattle, Washington 98101
Telephone: (206) 800-2727
Email:  jonathan@foxballard.com
        ross@foxballard.com

*Attorneys for Defendants NaphCare, Inc.,*
*Elain Sperry, Jason Wiggins, Melanie Menear,*
*Margaret Maina, and Tricia Webb*

ORDER ON PLAINTIFF'S
MOTION TO COMPEL – 3

156902607.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000