UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUSTIN MICHELLE,<br><br>                  Plaintiff,<br><br>   V.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE") et al.,<br><br>                  Defendants. | CASE NO. 2:21-cv-00140-JHC<br><br>ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |

THIS MATTER comes before the Court on the Plaintiff's Motion for Leave to File Third Amended Complaint (Dkt. # 55), and the Court having fully considered the materials filed in favor of and in opposition to the Motion, it is hereby:

ORDERED that the Motion is GRANTED.

Plaintiff may file with this Court the Third Amended Complaint within five (5) court days of this order.

Dated this 27th day of May, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER ON PLAINTIFF'S
MOTION FOR LEAVE TO FILE
THIRD AMENDED COMPLAINT - 1