THE HONORABLE JOHN H. CHUN
Trial Date: December 5, 2022

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

DUSTIN MICHELLE, an individual,

Plaintiff,

v.

SOUTH CORRECTIONAL ENTITY ("SCORE"), a Governmental Administrative Agency; SCORE JOHN DOES 1-10; NAPHCARE, INC., an Alabama Corporation; ELAINE SPERRY, an individual; JASON WIGGINS, an individual; MELANIE MENEAR, an individual; MARGARET MAINA, an individual; TRICIA WEBB, an individual; NAPHCARE JOHN DOES 1-10; KING COUNTY, a political subdivision of the State of Washington; and KING COUNTY JOHN DOES 1-10,

Defendants.

No. 2:21-cv-00140-JHC

ORDER GRANTING MOTION FOR VOLUNTARY NON-SUIT

NOTE ON MOTION CALENDAR:
August 26, 2022

[CLERK'S ACTION REQUIRED]

## **ORDER**

PURSUANT TO THE MOTION FOR VOLUNTARY NON-SUIT: JOINED BY DEFENDANTS SCORE, KING COUNTY AND NAPHCARE, IT IS ORDERED that Plaintiff's vicarious liability claims (Claim for Relief 1 as it relates to vicarious liability against SCORE) are dismissed without prejudice and all direct liability and civil rights claims (Claim for Relief 1 as it relates to direct liability against SCORE and Claims 2 and 3) are

ORDER GRANTING MOTION FOR
VOLUNTARY NON-SUIT - 1
2:21-cv-00140-JHC
1002-01762/590447

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 12th day of August, 2022.

THE HONORABLE JOHN H. CHUN
United States District Judge

Presented by:

KRUTCH LINDELL BINGHAM JONES, P.S.

By: */s/ J. Nathan Bingham*
J. Nathan Bingham, WSBA #46325
Email: jnb@krutchlindell.com

By: */s/ James T. Anderson*
James T. Anderson, WSBA #40494
Email: jta@krutchlindell.com

By: */s/ Jeffrey C. Jones*
Jeffrey C. Jones, WSBA #7670
Email: jcj@krutchlindell.com

3316 Fuhrman Ave E, Suite 250
Seattle, Washington 98102
Telephone: (206) 682-1505
Facsimile: (206) 467-1823

*Attorneys for Plaintiff*

ORDER GRANTING MOTION FOR VOLUNTARY
NON-SUIT - 2
2:21-cv-00140-JHC
1002-01762/590447

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff**
J. Nathan Bingham, WSBA #46325
James T. Anderson, WSBA #40494
KRUTCH LINDELL BINGHAM JONES, P.S.
3316 Fuhrman Ave E, Suite 250
Seattle, WA  98102
Tel:  206-682-1505 / Fax: 206-467-1823
Email:  jnb@krutchlindell.com; jta@krutchlindell.com; Pia@krutchlindell.com; karmen@krutchlindell.com eservice@krutchlindell.com

**Attorneys for Defendants NaphCare, Inc., Elaine Sperry, Jason Wiggins, Melanie Menear, Margaret Maina, Tricia Webb**
Jonathan D. Ballard, WSBA #48870
Ross C. Taylor, WSBA #48111
FOX BALLARD PLLC
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
Main: (206) 800-2727 / Fax: (206) 800-2728
Email:  jonathan@foxballard.com; ross@foxballard.com
Kristin@foxballard.com; amanda@foxballard.com

**Attorneys for Defendant SCORE**
John E. Justice, WSBA # 23042
LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.
P.O. Box 11880
Olympia, WA 98508
Phone: (360) 754-3480 / Fax: 360-754-3480
Email:  jjustice@lldkb.com; bmyers@lldkb.com
lisa@lldkb.com; tam@lldkb.com

**Attorneys for King County Defendants**
John R. Zeldenrust # 19797
OFFICE OF DANIEL T. SATTERBERG
King County Prosecuting Attorney
1191 Second Ave. Ste. 1700
Seattle, WA  98101
(206) 477-1120 / Fax (206) 296-0191
Email:  john.zeldenrust@kingcounty.gov; alindsey@kingcounty.gov

ORDER GRANTING MOTION FOR VOLUNTARY NON-SUIT - 3
2:21-cv-00140-JHC
1002-01762/590447

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

hfung@kingcounty.gov; robin.hohl@kingcounty.gov

**Attorneys for Defendants NaphCare, Inc.; Elaine Sperry; Jason Wiggins; Melanie Menear; Margaret Maina; Tricia Webb**
David A. Perez, WSBA No. 43959
Stephanie D. Olson, WSBA No. 50100
Mason Ji, WSBA No. 58292
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:  DPerez@perkinscoie.com; SOlson@perkinscoie.com; areyna@perkinscoie.com; jstarr@perkinscoie.com; dperez@perkinscoie.com; mji@perkinscoie.com; kharbaugh@perkinscoie.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  N/A.

DATED:  August 11, 2022

> */s/ Stewart A. Estes*
> Stewart A. Estes, WSBA #15535

ORDER GRANTING MOTION FOR
VOLUNTARY NON-SUIT - 4
2:21-cv-00140-JHC
1002-01762/590447

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423