The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN MICHELLE,<br><br>Plaintiff,<br><br>vs.<br><br>NAPHCARE, INC., an Alabama Corporation; ELAINE SPERRY, an individual; JASON WIGGINS, an individual; MELANIE MENEAR, an individual; MARGARET MAINA, an individual; TRICIA WEBB, an individual; NAPHCARE JOHN DOES 1-10; KING COUNTY, a political subdivision of the State of Washington; and KING COUNTY JOHN DOES 1-10,<br><br>Defendants. | NO. 2:21-cv-00140-JHC<br><br>ORDER GRANTING JOINT MOTION FOR VOLUNTARY NON-SUIT AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST THE NAPHCARE DEFENDANTS<br><br>**NOTE ON MOTION CALENDAR: TUESDAY, AUGUST 23, 2022** |

Pursuant to the joint motion for voluntary nonsuit and order of dismissal, brought by Dustin Michelle; NaphCare, Inc; Elaine Sperry; Jason Wiggins; Melanie Menear; Margaret Maina; Tricia Webb; and NaphCare John Does 1-10 ("NaphCare Defendants"), Dkt. 96, IT IS ORDERED that all Plaintiff's claims against the NaphCare Defendants (Claim for Relief 1 as it relates to NaphCare Defendants and Claims for Relief 4 and 5) are dismissed from this action without assessment of costs or fees and with prejudice.

This order does not impact any pending claims against King County.

ORDER GRANTING JOINT MOTION FOR VOLUNTARY NON-SUIT AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST THE NAPHCARE DEFENDANTS - 1
2:21-cv-00140-JHC

KRUTCH LINDELL BINGHAM JONES, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

1  DATED this 24th day of August, 2022.

*[signature: John H. Chun]*

John H. Chun
United States District Judge

ORDER GRANTING JOINT MOTION FOR VOLUNTARY NON-SUIT AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST THE NAPHCARE DEFENDANTS - 2
2:21-cv-00140-JHC

KRUTCH LINDELL BINGHAM JONES, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823