UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUSTIN MICHELLE,<br><br>　　　　　　　　　Plaintiff,<br><br>　V.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE") et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:21-cv-00140-JHC<br><br>ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT |

　　　This matter comes before the Court on the Plaintiff's Motion for Leave to File Fourth Amended Complaint, filed on August 11, 2022. Dkt. # 88. The Court has considered the filings in support of, and in opposition to, the motion; the applicable law; and the case file.

　　　The motion was filed over two months after the June 8 deadline for amending pleadings, and trial is less than three months away. *See* Dkt. # 16. Plaintiff has not established good cause to extend the deadline to August 11. Accordingly, the Court DENIES the motion.

　　　Dated this 9th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　_John H. Chun_
　　　　　　　　　　　　　　　　　　　　John H. Chun
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ON PLAINTIFF'S
MOTION FOR LEAVE TO FILE
FOURTH AMENDED COMPLAINT - 1