The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUSTIN MICHELLE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTH CORRECTIONAL ENTITY ("SCORE") et al.,<br><br>    Defendants. | NO. 2:21-cv-00140-JHC<br><br>**ORDER ON AGREED MOTIONS IN LIMINE** |

THIS MATTER, having come on regularly for hearing before the above Court upon the parties' Agreed Motions *in Limine* (Dkt. #118), it is hereby ORDERED that, based on the agreement of the parties, and the Court being fully advised in the premises herein, the parties' agreed motions *in limine* are GRANTED.

DATED this 25th day of October, 2022.

                  */s/ John H. Chun*
                  John H. Chun
                  United States District Judge

ORDER ON AGREED MOTIONS IN LIMINE - 1
2:21-cv-00140-JHC

**KRUTCH LINDELL BINGHAM JONES, P.S.**
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823